UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| GEDEON MBOKO, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | 2:25-cv-00240-NT |
| | ) | |
| KEVIN JOYCE, et al., | ) | |
| | ) | |
| Respondents | ) | |

**PROCEDURAL ORDER**

On May 30, 2025, the Court conducted a telephonic conference to discuss certain scheduling issues and the status of the case. As stated on the record and in accordance with the parties' agreement, the Court finds and orders:

1. Good cause exists to extend the time to conduct the hearing on Petitioner's request for a writ of habeas corpus beyond the five-day period contemplated by 28 U.S.C. § 2243.

2. The Court will conduct the hearing on Petitioner's request on June 10, 2025, at 10:00 a.m.

3. Petitioner shall not be moved out of the District of Maine pending the hearing, subject to Respondents' ability to petition the Court for relief from this requirement should the operational needs of the Cumberland County Jail warrant relief.

4. If Petitioner intends to file a reply memorandum in support of the Petition, Petitioner shall file the memorandum on or before June 5, 2025.

## **NOTICE**

Any objections to this order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 30th day of May, 2025.