UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GEDEON MBOKO | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Docket No. 2:25-cv-00240-NT |
| | ) |
| KEVIN JOYCE, et al. | ) |
| | ) |
| Respondents. | ) |

## JUDGMENT OF DISMISSAL

In accordance with the Order on Petition for Writ of Habeas Corpus entered by U.S. District Judge Nancy Torresen on June 17, 2025,

JUDGMENT of Dismissal Without Prejudice is hereby entered.

ERIC M. STORMS
ACTING CLERK

By:  /s/ Stacey Graf
Deputy Clerk

Dated this 17th day of June, 2025.